IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LINDSEY BEARRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv605-MHT |
| | ) | (WO) |
| MARK BRUTON, Director of | ) | |
| Central Records of the | ) | |
| Dept. of Corr. in | ) | |
| Alabama, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss (doc. no. 8), which the court construes as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of December, 2016.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**